No. 84–599. VINTERO CORP. *v.* CORPORACION VENEZOLANA DE FOMENTO. C. A. 2d Cir. Certiorari denied.

No. 84–601. WHEELING PITTSBURGH STEEL CORP. *v.* DUFFY. C. A. 3d Cir. Certiorari denied.

No. 84–607. LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL–CIO *v.* PETRAMALE ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–639. GATHERCOLE *v.* GLOBAL ASSOCIATES. C. A. 9th Cir. Certiorari denied.

No. 84–665. MASSARO ET AL. *v.* BROTHERHOOD OF LOCOMOTIVE ENGINEERS ET AL. Sp. Ct. R. R. R. A. Certiorari denied.

No. 84–669. PORTER *v.* BUTTERICK, COMMISSIONER FOR THE BOROUGH OF BEACH HAVEN, NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 84–671. RYE ET UX. *v.* SEATTLE TIMES CO. ET AL. Ct. App. Wash. Certiorari denied.

No. 84–676. BARNETT *v.* UNITED AIR LINES, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 84–686. FIZER CORP., T/A THE GO GO RAMA *v.* VASSALLO, DIRECTOR, NEW JERSEY DIVISION OF ALCOHOLIC BEVERAGE CONTROL. C. A. 3d Cir. Certiorari denied.

No. 84–729. PORTER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 84–758. CACI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 84–759. WAGMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.